```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22135
   DANIEL O MILSAP
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9327


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/27/2007 and was confirmed 03/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/21/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
WESTERN AVENUE AUTO SALE  SECURED VEHIC    600.00          4.44           55.73
INTERNAL REVENUE SERVICE  PRIORITY        4014.38           .00             .00
CAVALRY PORTFOLIO SERVIC  UNSECURED      NOT FILED          .00             .00
CDA PONTIAC               UNSECURED      NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED       7710.00           .00             .00
CORPORATE AMERICA FEDERA  UNSECURED       1462.59           .00             .00
FIRST PREMIER BANK        UNSECURED      NOT FILED          .00             .00
H&F LAW                   UNSECURED      NOT FILED          .00             .00
NCO FINANCIAL             UNSECURED      NOT FILED          .00             .00
NCO FINANCIAL             UNSECURED      NOT FILED          .00             .00
NCO FINANCIAL             UNSECURED      NOT FILED          .00             .00
NW COLLECTOR              UNSECURED      NOT FILED          .00             .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED          .00             .00
SENEX SERVICES CORP       UNSECURED      NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED      10718.57           .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT     93.00           .00           93.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,500.00                       219.77
TOM VAUGHN                TRUSTEE                                         32.06
DEBTOR REFUND             REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  405.00

PRIORITY                                      93.00
SECURED                                       55.73
    INTEREST                                   4.44
UNSECURED                                       .00
ADMINISTRATIVE                               219.77
TRUSTEE COMPENSATION                          32.06

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 22135 DANIEL O MILSAP
```

```
DEBTOR REFUND                                                           .00
                                          ----------------    ----------------
TOTALS                                            405.00              405.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                         /s/ Tom Vaughn
     Dated: 11/19/08                     _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```